# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00647-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

DERRICK ALEXANDER,

     Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO DEPT. OF CORRECTIONS,
WARDEN OF STERLING CORRECTIONAL FACILITY,
ASS. WARDEN OF STERLING CORRECTIONAL FACILITY,
JANE & JOHN DOE ADMINISTRATIVE HEADS, S.C.F.,
LT. PRESTON TEN EYCK, S.C.F.,
CHAIRPERSON ALLEN HARMS, S.C.F.,
C. SOARES, Administrative Head, S.C.F.,
INITIATING D.O.C. EMPLOYEE JIMERSON, S.C.F.,
CM I RANDY NORRIS, S.C.F.,
CM III WESLEY WILSON, S.C.F.,
DAN CRANSFIELD & LAW LIBRARY STAFF, S.C.F.,
CM DARREL SNYDER, S.C.F.,
MAJOR REVORD & JANE & JOHN DOE, S.C.F. Kitchen,
LT. BYCKOWSKI, S.C.F.,
SGT. BELCHER, S.C.F.,
SGT. ARFSTEN, S.C.F.,
CDOC STEP 3 GRIEVANCE OFFICER ANTHONY A. DeCESARO,
SGT. JONES, S.C.F.,
CO HUX, S.C.F.,
CO HUFF, S.C.F.,
CO JANE & JOHN DOE, S.C.F. Mailroom & Staff,
CO BAXTON, S.C.F.,
CO ASH, S.C.F.,
CO DAVIDSON, S.C.F.,
CO ANDRIELLO, S.C.F.,
CO BRIGGS, S.C.F., and
JANE & JOHN DOE CORRECTIONAL OFFICERS, S.C.F. & CDOC,

     Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, a Colorado state prisoner, has filed a Prisoner Complaint and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As

part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined

that the documents are deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)　 __ 　 is not submitted
(2)　 __ 　 is missing affidavit
(3)　 __ 　 is missing certified copy of prisoner's trust fund statement for the 6-month
　　　　　 period immediately preceding this filing
(4)　 __ 　 is missing certificate showing current balance in prison account
(5)　 __ 　 is missing required financial information
(6)　 xx 　 is missing authorization to calculate and disburse filing fee payments
(7)　 __ 　 is missing an original signature by the prisoner
(8)　 __ 　 is not on proper form (must use the court's current form)
(9)　 __ 　 names in caption do not match names in caption of complaint, petition or
　　　　　 habeas application
(10)　 __ 　 other: _____.

**Complaint, Petition or Application**:
(11)　 __ 　 is not submitted
(12)　 __ 　 is not on proper form
(13)　 __ 　 is missing an original signature by the prisoner
(14)　 __ 　 is missing page nos. ___
(15)　 __ 　 uses et al. instead of listing all parties in caption
(16)　 __ 　 names in caption do not match names in text
(17)　 __ 　 addresses must be provided for all defendants/respondents in "Section A.
　　　　　 Parties" of complaint, petition or habeas application
(18)　 __ 　 other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30)**

2

**days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 12, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge