IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-00647-RBJ-CBS      Date: May 29, 2014
Courtroom Deputy: Amanda Montoya     FTR – Reporter Deck-Courtroom A402

*Parties:*     *Counsel:*

DARRICK ALEXANDER     *Pro Se* (by telephone)

Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO     Kristin A. Lockwood
DEPARTMENT OF CORRECTIONS, et al.

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:08 a.m.**
Court calls case.
Discussion regarding pending motions; 1) Defendants Motion to Dismiss Second Amended Complaint [38] and 2) Plaintiffs Motion for Leave to File [Third] Amended Complaint [44].

**ORDERED:**     Plaintiffs Motion for Leave to File [Third] Amended Complaint [44] is **DENIED**.

Plaintiff shall file a response to the Defendants Motion to Dismiss Second Amended Complaint [38] **on or before June 19, 2014.**

Discussion regarding Plaintiffs' request for counsel appointment. Plaintiff requests a copy of Second Amended Prisoner Complaint, Plaintiffs Motion for Leave to File [Third] Amended Complaint, and the Defendants Motion to Dismiss Second Amended Complaint.

HEARING CONCLUDED.

**Court in recess: 11:08 a.m.**

Total time in court: 01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.