IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-00647-CBS | Date: September 19, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

DARRICK ALEXANDER, *Pro Se* (by telephone)

Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO     Kristin Lockwood
DEPT. OF CORRECTIONS, *et al.*,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in session: 01:31 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to *Plaintiff's Motion Objecting to Defendant's Response* [61], *Motion to Request Interrogatory Discovery* [60], *Motion Requesting Leave to Supplement Complaint* [55], and *Motion to Dismiss Second Amended Complaint* [38].

**ORDERED:** *Plaintiff's Motion Objecting to Defendant's Response* [61] is **DENIED** as stated on the record.

*Motion to Request Interrogatory Discovery* [60] is **DENIED WITHOUT PREJUDUCE** as stated on the record.

*Motion Requesting Leave to Supplement Complaint* [55] is **DENIED**. This Motion was filed untimely in the context of this case. This Motion is denied without prejudice in regards to Mr. Alexander's right to pursue these claims in another lawsuit.

Plaintiff's *Motion to Object to the Defendants' Motion to Dismiss* [57] is being treated as a Response to *Motion to Dismiss Second Amended Complaint* [38].

The current named defendants are only named in the 11th claim for relief which is the subject of Defendant's *Motion to Dismiss Second Amended Complaint* [38].

**ORDERED:**   Defendant's *Motion to Dismiss Second Amended Complaint* [38] is **GRANTED** as stated on the record.  Defendants Rick Raemisch, James Falk, Kevin Milyard, Carole Soares, Jeffrey Revord, Edward Byczkowski, and Joseph Belcher are dismissed from this action WITHOUT prejudice.  The Court is dismissing WITH prejudice the official capacity claims request for compensatory damages under the 11th claim, for injuries not associated with ventilation.  The Court is dismissing WITHOUT prejudice the ventilation claims and all other aspects of the 11th claim.

Defendants John Doe and Jane Doe listed in claims 1, 2, 11, and 20 are dismissed WITHOUT prejudice.

This action is dismissed and the Court will enter a judgment accordingly.

Once the Court enters the judgment, the Plaintiff has the right to appeal the ruling.  The Plaintiff may also order a transcript of the Court's ruling at the Court's expense.

HEARING CONCLUDED.

**Court in recess: 03:07 p.m.**
Total time in court: 01:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.