**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00647-CBS

DARRICK ALEXANDER,
    Plaintiff,
v.

EXECUTIVE DIRECTOR OF COLORADO DEPT. OF CORRECTIONS,
WARDEN, STERLING CORRECTIONAL FACILITY,
ASS. WARDEN, STERLING CORRECTIONAL FACILITY,
JANE OR JOHN DOE ADMINISTRATIVE HEADS, S.C.F.,
C. SOARES, Administrative Head, S.C.F.,
MAJOR RIVORD, S.C.F.
JANE OR JOHN DOE KITCHEN STAFF, S.C.F.,
LT. BYCKOWSKI, S.C.F.,
SGT. BELCHER, S.C.F.,
JOHN OR JANE DOE, S.C.F.,
(All Defendants in their individual and official capacities)
    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Entry # [64] of Magistrate Judge Craig B. Shaffer entered on September 19, 2014 it is

ORDERED that Defendant's *Motion to Dismiss Second Amended Complaint [38]* is **GRANTED** as stated on the record.

IT IS FURTHER ORDERED that Defendants Executive Director of Colorado Dept. of Corrections Rick Raemisch, Warden James Falk, Assistant Warden Kevin Milyard, Administrative Head Carole Soares, Major Jeffrey Revord, Lieutenant Edward Byckowski, and sergeant Joseph Belcher are dismissed from this action WITHOUT

prejudice.

IT IS FURTHER ORDERED that the Court is dismissing WITHOUT prejudice the request for compensatory damages against Defendants in their official capacities.

IT IS FURTHER ORDERED that the Court is dismissing WITHOUT prejudice the 11th claim for injuries associated with ventilation.

IT IS FURTHER ORDERED that the Court is dismissing WITH prejudice the 11th claim, for injuries not associated with ventilation.

IT IS FURTHER ORDERED that Defendants John and Jane Does named in claims 1, 2, 11, and 20 are dismissed WITHOUT prejudice.

IT IS FURTHER ORDERED that this action is DISMISSED with all parties responsible for their own fees and costs.

Dated at Denver, Colorado this 30th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   Amanda Montoya

Amanda Montoya
Deputy Clerk